IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| LAMICHA THOMAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRUCK'N AWESOME RESTORATIONS, LLC, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 5:20-CV-00125-RWS |

## ORDER

Before the Court is the parties' Joint Motion for Dismissal With Prejudice. Docket No. 22. The parties agree that the above-captioned action is voluntarily dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own costs and attorney fees. Having reviewed the motion, the Court is of the opinion that it should be **GRANTED**. Accordingly, it is

**ORDERED** the above captioned matter is **DISMISSED WITH PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 19th day of July, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE